UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **GREGORY BAIRD, et al.,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 2:11cv00063 ERW |
| ) | |
| **DOLGENCORP, LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Northern Division of this court,  in error, on 08/24/2011 and assigned to the Honorable Judge E. Richard Webber. Because the jurisdiction of this matter lies in the Eastern Division of this district, this case should have been assigned a Eastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Eastern Division of this court and assigned Case No.4:11cv01589.  The Honorable David D. Noce  will preside.

Case No. 2:11cv00063 ERW is hereby administratively closed.

Dated this 14th day of September, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 4:11cv01589 DDN in all future matters concerning this case.