UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY BAIRD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:11 CV 1589 DDN |
| | ) | |
| DOLGENCORP, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM & ORDER

On April 3, 2013, following a jury trial the court issued a judgment against defendants for substantial sums of money plus interest and costs.  (Doc. 230.)   Before the court is the motion of defendants-judgment debtors for a stay of proceedings to enforce the judgment until after the court's determination of post-judgment motions.  (Doc. 232.)

Under Federal Rule of Civil Procedure 62(b), the court may stay the execution of the judgment pending disposition of a motion for a new trial or to alter or amend the judgment under Rule 59.  On April 30, 2013, defendants filed such a motion.  (Doc. 236.)  No party has filed any objection to defendants' motion to stay enforcement of the judgment.  The record of the action supports defendants' argument that they have sufficient insurance and assets to satisfy the judgment.  The court sees no prejudice to plaintiffs by the stay of enforcement proceedings defendants seek.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendants-judgment debtors Dolgencorp, L.L.C., and  Dolgencorp, Inc., for a stay of proceedings to enforce judgment until the court's determination of any post-judgment motions (Doc. 232) is sustained.



　　　　　　　　　　　　　　　　　／S／   David D. Noce　　　　　　
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on May 1, 2013.